# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BONES KART SHOP, L.L.C., a Connecticut limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>                 Plaintiff,<br><br>        v.<br><br>DEL CITY WIRE CO., INC. and JOHN DOES 1-10,<br><br>                Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:16 cv 01110<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, BONES KART SHOP, L.L.C., by and through its attorneys, hereby certifies the following:

1. BONES KART SHOP, L.L.C. is not a publicly traded company.

2. BONES KART SHOP, L.L.C does not have any publicly held affiliates nor does any public corporation hold more than 10% of its stock.

                                                                 /s/Aytan Y. Bellin
                                                                 Aytan Y. Bellin  ct28454
                                                                 **BELLIN & ASSOCIATES LLC**
                                                                 85 Miles Avenue
                                                                 White Plaines, NY   10606
                                                                 Phone: 914-358-5345
                                                                 Fax:  212-571-0284
                                                                Aytan.Bellin@bellinlaw.com

                                                                **ANDERSON + WANCA**
                                                                 Brian J. Wanca
                                                                Ryan M. Kelly
                                                                (*motions for admission pro hac vice to this Court to be filed shortly*)
                                                                3701 Algonquin Road, Suite 500
                                                                Rolling Meadows, IL  60008

        Telephone: (847) 368-1500
        Facsimile: (847) 368-1501
        bwanca@adersonwanca.com
        rkelly@andersonwanca.com

        *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/Aytan Y. Bellin*
        Aytan Y. Bellin ct28454

2