IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BONES KART SHOP, L.L.C, a Connecticut limited liability company, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> DEL CITY WIRE CO., INC. and JOHN DOES 1-5, <br><br> Defendants. | Civil Action No.  3:16 cv 01110 <br><br> **CLASS ACTION** |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPROARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION**

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Bones Kart Shop, L.L.C. (Plaintiff), by and through its undersigned counsel, hereby moves this Court for an order (A) taking this motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 23 scheduling order, or alternatively (B) granting Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

Dated:  White Plains, New York
         July 1, 2016

                                                            Respectfully submitted,

                                                            By: /s/*Aytan Y. Bellin*
Aytan Y. Bellin ct28454
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY  10606
Phone: 914-358-5345
Fax: 212-571-0284

2

>Aytan.Bellin@bellinlaw.com
>
>Brian J. Wanca *(pro hac vice to be submitted)*
>ANDERSON + WANCA
>3701 Algonquin Road, Suite 500
>Rolling Meadows, IL  60008
>Telephone:  847-368-1500
>Facsimile:  847-368-1501
>bwanca@andersonwanca.com
>
>*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant along with the summons and complaint.

                                  s/Aytan Y. Bellin