IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**APPEARANCE**

BONES KART SHOP, L.L.C.,

    Plaintiff,

v.

DEL CITY WIRE CO., INC., and JOHN DOES 1-5,

    Defendants.

No. 16-CV-1110-VLB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DEL CITY WIRE CO., INC.

| | |
|---|---|
| 8/23/16 | Rowena A. Moffett |
| Date | |
| ct19811 | BRENNER, SALTZMAN & WALLMAN LLP |
| Federal Bar Number | |
| (203) 772-2600 | 271 Whitney Avenue |
| Telephone Number | Address |
| (203) 562-2098 | New Haven, CT 06511 |
| Fax Number | |
| rmoffett@bswlaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

s/Rowena A. Moffett (ct19811)