## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BONES KART SHOP, L.L.C.,**

       **Plaintiff,**

    **v.**

**DEL CITY WIRE CO., INC., and JOHN
DOES 1-5,**

       **Defendants.**

**No. 16-CV-1110-VLB**

**AUGUST 23, 2016**

## DEFENDANT DEL CITY WIRE CO., INC.'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION TO ANSWER THE COMPLAINT

Defendant Del City Wire Co., Inc., ("Del City") by the undersigned counsel, hereby moves the Court, pursuant to Civil Local Rule 7, for an extension of time to file its Answer to the Complaint. In support of this Motion, Del City states:

1. The undersigned counsel spoke with Attorney Brian J. Wanca, counsel for Plaintiff, about the requested extension of time to Answer and is authorized to state that Plaintiff has agreed that a 30 day extension of time is appropriate. This is the first request for an extension of this deadline.

2. The Summons and Complaint were served on Del City's registered agent on July 21, 2016. Accordingly, a 30 day extension of time from the original due date would result in the answer being due on Monday September 12, 2016.

3. Del City also requests that the Court grant Plaintiff's Motion For A Temporary Stay on the Plaintiff's Motion for Class Certification. (Dkt. #3).

4. Plaintiff's Motion seeks a stay until after the close of discovery. Del City agrees that such a stay should be granted.

Respectfully Submitted,

By:  s/*Rowena A. Moffett*
     Rowena A. Moffett (ct19811)
     Brenner, Saltzman & Wallman LLP
     271 Whitney Avenue
     New Haven, CT  06511
     Telephone:  (203) 772-2600
     Fax:  (203) 772-4008
     rmoffett@bswlaw.com


By:  s/*S. Edward Sarskas*
     S. Edward Sarskas, SBN 1025534
     Joseph L. Olson, SBN 1046162
     Michael Best & Friedrich LLP
     100 East Wisconsin Avenue, Suite 3300
     Milwaukee, WI  53202-4108
     P:  414.271.6560
     F:  414.277.0656
     sesarskas@michaelbest.com
     jlolson@michaelbest.com

*Attorneys for Defendants*
*Del City Wire Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*s/Rowena A. Moffett (ct19811)*