IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BONES KART SHOP, L.L.C.,<br><br>      Plaintiff,<br><br>v.<br><br>DEL CITY WIRE CO., INC., and JOHN DOES 1-5,<br><br>      Defendants. | No. 16-CV-1110-VLB<br><br><br><br>AUGUST 24, 2016 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Del City Wire Co., Inc., by and through its attorneys, hereby certifies the following:

1. DEL CITY WIRE CO., INC. is not a publicly traded company.

2. DEL CITY WIRE CO., INC. does not have any publicly held affiliates nor does any public corporation hold more than 10% of its stock.

                                                                   Respectfully Submitted,

                                                                   By:  <u>s/Rowena A. Moffett</u>
                                                                           Rowena A. Moffett (ct19811)
                                                                           Brenner, Saltzman & Wallman LLP
                                                                           271 Whitney Avenue
                                                                           New Haven, CT  06511
                                                                           Telephone:  (203) 772-2600
                                                                           Fax:  (203) 772-4008
                                                                           rmoffett@bswlaw.com

- 2 -

By: *s/S. Edward Sarskas*
S. Edward Sarskas, SBN 1025534
Joseph L. Olson, SBN 1046162
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
P:  414.271.6560
F:  414.277.0656
sesarskas@michaelbest.com
jlolson@michaelbest.com

*Attorneys for Defendants*
*Del City Wire Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

s/Rowena A. Moffett (ct19811)